IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:05cr73 HTW-JCS

JOHNNIE LEE WINFIELD, ET AL.

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendants, **JOHNNIE LEE WINFIELD, KHANH BAO DANG, and THE REHAB CENTER, INC.**, without prejudice.

DUNN LAMPTON
United States Attorney

Date: June 12, 2006                    s/Donald R. Burkhalter
                                       By:   DONALD R. BURKHALTER
                                             Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 21st day of June, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE